975 F.2d 1552
 Vicon Recovery Systems, Inc., a/k/a Vicon Recovery Systems,
Inc. of Vt., Vicon Recovery Sys. of Manchester, Inc., Vicon
Rec. Sys. of Mass., Inc., Vicon Rec. Sys. of Vt., Inc.,
Vicon Rec. Sys. of Webster, Inc., Industrial Bank of Japan,
Ltd., Ind. Bank of Japan Trust Co.
v.
Kohn (Jonathan), Town of Rutland, Vt., Town of Bristol, Vt.;
Vicon Rec. Sys., Inc., a/k/a Vicon Rec. Sys., Inc.
of Vt., Vicon Rec. Sys. of Manchester,
Inc., Vicon Rec. Sys. of
Mass., Inc., Vicon
 NO. 91-6036
 United States Court of Appeals,
Third Circuit.
 Aug 06, 1992
 
 Appeal From: D.N.J.,
 Barry, J.
 
 
 1
 AFFIRMED.